**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jamie Hertel, | ) | Case no. 1:08-mj-005 |
| | ) | |
| Defendant. | ) | |

_____

On March 12, 2008, the Government filed a Dismissal of Complaint along with a motion requesting leave of court to file said dismissal. The Government's motion (Docket No. 4) is **GRANTED** and the above-entitled action is **DISMISSED.**

**IT IS SO ORDERED.**

Dated this 24th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court